FILED
FILED
07/26/2024
Phyllis D. Smith
CLERK
07/29/2024
Fergus County District Court
Bowen Greenwood
STATE OF MONTANA
By: Brenda Spragg
CLERK OF THE SUPREME COURT
STATE OF MONTANA
DC-14-2023-0000015-IN
Case Number: DA 24-0387
Murnion, Nickolas C.
176.00

Deidre Taber
Official Court Reporter
Fergus County Courthouse
712 West Main St.
Lewistown, MT 59457
(406) 535-1081

MONTANA, TENTH JUDICIAL DISTRICT COURT, FERGUS COUNTY

STATE OF MONTANA,                     ) Case No.: DC 23-15
                                      )
            Plaintiff,                ) ORDER
vs.                                   )
                                      )
DAVID ALLEN PEIN,                     )
                                      )
            Defendant.                )

Upon reading the Affidavit of Deidre Taber, Official Court Reporter, for an extension of time of time to transmit the record, and good cause having been shown:

IT IS HEREBY ORDERED that the Appellant shall have 50 additional days in which to transmit the record in this case or until September 24th, 2024.

DATED this ___26___ day of July, 2024.

NICKOLAS C. MURNION
JUDGE

Copies e-mailed to:    Attorney Theresa Diekhans
                       Attorney Alex Jacobi
                       Hon. Nickolas C. Murnion